AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:23-M -02724(1) |
| | § |
| (1) Gabriel Torres-Gomez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 04, 2023** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Gabriel TORRES-Gomez, an alien, entered, or was found in the United States at or near Del Rio, Texas, after having been denied admission, excluded, deported, or removed from the United States through Eagle Pass Intl Bridge on 09/29/2023, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **Border Patrol Agent, Reynaga, Jeremy** and that this complaint is based on the following facts: *"The defendant, Gabriel TORRES-Gomez, was arrested by Border Patrol Agents, on October 04, 2023 for being an alien illegally present in the United States. Investigation and*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ Reynaga, Jeremy
Signature of Complainant
Reynaga, Jeremy
Border Patrol Agent

10/05/2023      at    DEL RIO, Texas
File Date                                              City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE          Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:23-M -02724(1)

(1) Gabriel Torres-Gomez

**Continuation of Statement of Facts:**

records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 09/29/2023 through Eagle Pass Intl Bridge. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____  
Signature of Judicial Officer

/s/ Reynaga, Jeremy  
_____  
Signature of Complainant