# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case Number:  DR:23-M -02724(1) |
| | § | |
| (1) Gabriel Torres-Gomez | § | |
| *Defendant* | | |

# ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Gabriel Torres-Gomez, a hearing was set for October 27, 2023.

Robert Garza was appointed to represent the defendant.  On October 26, 2023, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney and the defendant waiving the hearings and the right to contest the Government's motion.

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED on 26th day of October, 2023.

_____
MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE